CASE NUMBER PD-0751-14

COURT OF APPEAL NO. 02-06-459-CR

IN THE TEXAS COURT OF CRIMINAL APPEALS ***

EX-PARTE

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 27 2015

Abel Acosta, Clerk

FELIPE G. GOBEA

SEEKING REVIEW OF THE SECOND COURT OF APPEALS
02-06-459-CR

APPELLANT SEEKING DATE OF MANDATE
ORDER ***

Comes Now, FELIPE G. GOBEA.

Appeal from the above case an Style, Appellant seek the date of MANDATE ORDER.

Petitioner seeks relief from Final Felony conviction pursuant to Code of Criminal Procedure Art 11.07 and to avoid Prerequisite, Prior to mandate Petitioner seeks the date the MANDATE had handed down as Final Felony conviction.

JURISDICTION *

The court of criminal Appeals has appellate jurisdiction in all criminal cases Art 4.03. V.A.C.C.P

Signature of Applicant x  _Felipe Gobea_
                            FELIPE G. GOBEA  PRO-SE
                                              # 1393983
Subscribed and sworn
Executed this 18th Day of March 2015 Polunsky unit
                            3872 FM 350 South
x _Felipe Gobea_             Livingston TX
                                    77351